**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

In Re:

|  |  |  |
|---|---|---|
|  | : | Case No. 11-62682 |
| Ronald J Compton | : | SSN: XXX-XX-1404 |
| Susan L. Compton | : | SSN: XXX-XX-6677 |
|  | : | Chapter 13 |
|  | : | Judge Caldwell |
| Debtor(s) | : |  |

### NOTICE OF FILING OF CHANGE OF ADDRESS

Now come(s) the Debtor(s), Ronald J. and Susan L. Compton, through counsel, who respectfully notify(ies) the Court that they have moved and that their new address is as follows:

2638 Bloom Drive

Columbus, OH 43219

/s/ Scott R. Needleman
Scott R. Needleman (0055533)
**The Needleman Law Office, LLC**
5300 E Main St., Suite 109
Columbus, OH  43213
(614) 575-1188 Phone
(614) 575-1186   Fax
*j.ives@srneedleman.com*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 16, 2015, a true copy of the foregoing Notice of Filing of Change of Address was served upon the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court: The Office of the U.S. Trustee and Frank M. Pees.

                                        /s/ Scott R. Needleman
                                        Scott R. Needleman (0055533)
                                        **The Needleman Law Office, LLC**